**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *

**vs.** * **Case No.** 04-M-4350 PWG

MICHAEL L MILLINGTON

*******

# CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A CLASS A MISDEMEANOR CASE AND WAIVER OF RIGHT TO TRIAL

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has also informed me of my right to trial, judgment, and sentencing before a United States District Judge.

**I hereby waive (give up) my right to trial, judgment, and sentencing before a United States District Judge and I consent to trial, judgment, and sentencing before a United States Magistrate Judge.**

1-20-05
Date

[signature]
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury. **I hereby waive (give up) my right to trial by jury.**

MICHAEL L. MILLINGTON
Defendant

[signature]
Signature

Consented to by United States:

Paul C. Maume
Assistant U.S. Attorney

## WAIVER OF RIGHT TO HAVE 30 DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least 30 days to prepare for trial before the magistrate judge.

**I hereby waive (give up) my right to have at least 30 days to prepare for trial.**

[signature]
Defendant

[signature]
Defendant's attorney (if applicable)

[signature]
UNITED STATES MAGISTRATE JUDGE

1/20/06
Date

I hereby attest and certify on 1-20-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By S. Gon Deputy

*Original - Court* *Yellow - Defendant* *Pink - AUSA*