Loc Code: MY13

# United States District Court
## Violation Notice

Violation No: A1297314

Print Officer Name: Deshaw

Officer No: 1094

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 2004 AUG 16 0812

Offense Charged: Title 18 21 844 USC

Place of Offense: Maryland Gate

Offense Description: Simple Possession of CDS (Marijauna)

| Defendant's Last Name | First Name | M I |
|---|---|---|
| Millington | Michael | Lee |

Street Address: 52 Cowie Street

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Newport | RI | 02840 | 12/22/1982 |

| Driver's License No | D L State | Social Security No |
|---|---|---|
| 2130401 | RI | 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 |

VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| MW 365 | ~~MD~~ RI | 1993 | Ford | Tan |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

____ I wish to terminate this matter by paying the collateral shown below, enclosed

____ I plead not guilty and promise to appear as required

A1297314

YOUR COURT DATE

Court Address: TBA

Date: TBA

Time: TBA

Collateral (fine): TBA

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998 Original - CVB Copy Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court) )

I hereby attest ... that the foregoing document is a full, true and correct copy of the original ... in my office and in my legal custody.

1-20-06

By S. Davis Deputy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Aug 16, 04 while exercising my duties as a law enforcement officer in the APC District of Maryland

See 3975

The foregoing statement is based upon
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 2004 AUG 16 [signature]
Date Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on ____
Date U S Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVB Scan 9/1/2004 11 10 01