PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:04-04350F

DOCKET NUMBER *(Rec. Court)*
1:06-CR-09 ML

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Michael Lee Millington<br>52 Cowie Street<br>Newport, RI 02840 | Maryland | Northern Division | |
| | NAME OF SENTENCING JUDGE<br>Paul W. Grimm, U.S. Magistrate Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>1/20/2005 | TO<br>1/19/2007 |

OFFENSE

Possession of Marijuana

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*Date*

[signature] 1/26/05
*Paul W. Grimm*
*U.S. Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/3/06
*Effective Date*

Ernest C. Torres
*United States District Judge*

1/4/06

# UNITED STATES PROBATION OFFICE

## MEMORANDUM



TO: The Honorable Ernest C. Torres
Chief U.S. District Judge

FROM: Charleen L. Tryhubczak
U.S. Probation Officer

DATE: December 30, 2005

SUBJECT: ***MILLINGTON, Michael***
***Transfer of Jurisdiction Request***

---

The above-identified defendant, a life-long resident of Rhode Island, was sentenced on January 20, 2005 to a two year term of probation in the District of Maryland. In order to ensure a swifter response to noncompliance issues, we request a transfer of jurisdiction to the District of Rhode Island.

**COURT HISTORY**

On January 20, 2005, the defendant appeared before the Honorable Paul W. Grimm, U.S. Magistrate Judge, after pleading guilty to one count of Possession of Marijuana. Mr. Millington was sentenced to two years probation with the following special conditions: 1) The defendant shall spend the first two months of supervision on home confinement with an option that the period may be reduced to thirty days upon the recommendation of the probation department, 2) that the defendant participate in a substance abuse testing and treatment program. The defendant completed the home confinement term on February 27, 2005. In addition, on May 3, 2005, Mr. Millington successfully completed a five month substance abuse treatment program. Since that date, the United States Probation Department has randomly taken urine screens, all which have proved negative.

On March 7, 2005, the defendant notified the probation officer that he had been arrested for Driving With a Suspended License, a traffic infraction in the State of Rhode Island. The District Court in Maryland was notified and no Court action was taken.

On November 22, 2005, the defendant was arrested by the Middletown Police Department and charged with Driving Under the Influence of Alcohol, First Offense. Once again, the District Court in Maryland was notified and no Court action was taken.

**RECOMMENDATION**

Given the two acts of noncompliance, the additional year of supervision, and the strong likelihood the defendant will remain in Rhode Island for the duration of his supervision, we concur with this request. The United States Probation Office in the District of Maryland has requested that we transfer jurisdiction to Rhode Island in the event that Court intervention is necessary in the future.

In order to facilitate any required Court proceedings, we request that jurisdiction be transferred to our Court.

If the Court concurs with our request, please sign Part 2 of each copy of the attached Probation Form 22 and forward them to Your Honor's calender clerk.

Respectfully submitted,

Charleen L. Tryhubczak
U.S. Probation Officer

Review and approved:

Maureen Bradley
Supervising U.S. Probation Officer

CT/ct
Enclosure

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Michael Lee Millington<br>52 Cowie Street<br>Newport, RI 02840 | DOCKET NUMBER (Tran. Court)<br>1:04-04350F | DOCKET NUMBER (Rec. Court)<br>1:06-CR-09 ML | |
| | DISTRICT<br>Maryland | DIVISION<br>Northern Division | |
| | NAME OF SENTENCING JUDGE<br>Paul W. Grimm, U.S. Magistrate Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>1/20/2005 | TO<br>1/19/2007 |

OFFENSE

Possession of Marijuana

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/26/05

*Date*

*Paul W. Grimm*
*U.S. Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*